PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

**Oct 25, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RANDALL MCKINNEY,<br><br>Defendant. | CASE NO.  1:21-mj-00114-BAM<br><br>**SEALING APPLICATION; [~~PROPOSED~~]**<br>**SEALING ORDER**<br><br>BAM |

The United States applies to this Court for an order permitting it to file the complaint, arrest warrant, and related sealing documents in the above-captioned case under seal until further order of the Court. The Ninth Circuit has held that federal district courts have the inherent power to seal documents in appropriate circumstances. *Offices of Lakeside Non-Ferrous Metals, Inc. v. United States*, 679 F.2d 779 (9th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *United States v. Agosto*, 600 F.2d 1256 (9th Cir. 1979). In this case, the complaint and arrest warrant pertain to an ongoing investigation that is neither public nor fully known to the target of the investigation. Accordingly, there is good cause to seal the complaint, arrest warrant, and related sealing documents because premature disclosure may jeopardize the investigation and cause the target to flee from justice, destroy evidence, or tamper with witnesses.

///

///

1

1

2
Respectfully submitted
PHILLIP A. TALBET
3
Acting United States Attorney

4
By

5
*/s/ Joseph Barton*

6
Dated: _____    _____

7
JOSPEH BARTON
Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff, | **[PROPOSED] SEALING ORDER** |
| v. | |
| RANDALL MCKINNEY, | |
| Defendant. | |

**O R D E R**

Upon Application of the United States and good cause having been shown, IT IS HEREBY

ORDERED that the complaint, arrest warrant, and related sealing documents in the above-captioned

case be SEALED until further order of this Court

Dated: _____10/22/21_____          _____
                                    HON. BARBARA A. MCAULIFFE
                                    Unites States Magistrate Judge

3