PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE M. DEMPSEY
LAURA WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff<br><br>      v.<br><br>RANDALL MCKINNEY,<br><br>                  Defendant. | CASE NO. 1:21-MJ-000114-BAM<br><br>UNITED STATES' MOTION TO UNSEAL COMPLAINT, ARREST WARRANT, SEARCH WARRANT, AND OTHER COURT FILINGS |

The United States hereby moves this Court to unseal the Criminal Complaint, Arrest Warrant, associated Search Warrabt, and other court filings in this case. The out-of-custody defendant was arrested on October 29, 2021 in Fresno, California and will make his initial appearance on November 1, 2021. Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against him.

DATED: November 1, 2021

PHILLIP A. TALBERT
Acting United States Attorney


/s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney

1

1

2

3

4

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6

7

8

9

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RANDALL MCKINNEY,<br><br>                    Defendant. | CASE NO. 1:21-MJ-000114-BAM<br><br>**UNSEALING ORDER** |

12

13

14

15

   Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Criminal Complaint, Arrest Warrant, associated Search Warrant, and related court filings in the above case be UNSEALED.

16

17    DATED: November 1, 2021

18

19

__/s/Sheila K. Oberto_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2