PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE DEMPSEY
LAURA WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>RANDALL MCKINNEY,<br><br>                     Defendant. | CASE NO.   1:21-MJ-000114-BAM<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT RANDALL MCKINNEY<br><br>COURT: Hon. Barbara A. McAuliffe |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, driver's license numbers, telephone numbers, residential addresses, and social security numbers of victims of the charged scheme ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Randall McKinney, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Alexandre Dempsey, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, independent contractors, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense counsel will return the discovery to the Government at the conclusion of the case after the exhaustion of all direct and collateral appeals or confirm that all materials have been completely destroyed by Defense Counsel.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: November 24, 2021          PHILLIP A. TALBERT
                                  Acting United States Attorney

                            By:   /s/*ALEXANDRE DEMPSEY*
                                  ALEXANDRE DEMPSEY
                                  Assistant United States Attorney

Dated:   November 24, 2021  By:   /s/*Manuel Perez*
                                  MANUEL PEREZ
                                  Attorney for Defendant
                                  RANDALL MCKINNEY

IT IS SO ORDERED.

   Dated:   **November 29, 2021**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] PROTECTIVE ORDER            3